IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-03178-WJM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF BOULDER, COLORADO,
HONEYWELL INTERNATIONAL, INC., and
TUSCO, INC.,

    Defendants.

---

ORDER ADJOURNING SCHEDULING/PLANNING CONFERENCE
( Docket No. 9 )

---

    On January 31, 2012, Plaintiff United States of America filed an Unopposed Motion to Adjourn Scheduling/Planning Conference [Docket No. 8], which stated that the parties in the above captioned action have resolved the claims alleged in the Complaint filed with this Court on December 7, 2011, by means of a Consent Decree filed with this Court on December 8, 2011. Having considered the Unopposed Motion to Adjourn Scheduling/Planning Conference, and in light of the resolution of the claims alleged in the Complaint filed in this case, IT IS HEREBY

    ORDERED that the Unopposed Motion to Adjourn Scheduling/Planning Conference filed by Plaintiff United States of America [Docket No. 8] is GRANTED, and it is further

    ORDERED that the Scheduling/Planning Conference pursuant to Fed.R.Civ.P. 16(b) scheduled for February 29, 2012 is ~~ADJOURNED~~ VACATED.

Dated this 31st day of January, 2012.

BY THE COURT:

*/s/ Michael J. Watanabe*
MICHAEL J. WATANABE
United States Magistrate Judge